**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-44845 |
| | § | |
| RAYMOND W COWE | § | |
| JACQUELINE A COWE | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 2/2//2011, in Courtroom 744, 219 S Dearborn Chicago, IL 60604 United States Courthouse. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/04/2011                By: /s/ Horace Fox, Jr.
                                              (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| In re: | § | Case No. 09-44845 |
|---|---|---|
| | § | |
| RAYMOND W COWE | § | |
| JACQUELINE A COWE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $7,973.45
*and approved disbursements of*     $0.00
*leaving a balance on hand of[1] :*     $7,973.45

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $7,973.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Trustee Fees | $1,547.35 | $0.00 | $1,547.35 |

Total to be paid for chapter 7 administrative expenses:     $1,547.35
Remaining balance:     $6,426.10

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|                           | Remaining balance: | $6,426.10 |
|---------------------------|-------------------:|----------:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|                           | Total to be paid to priority claims: | $0.00 |
|                           | Remaining balance:                   | $6,426.10 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $22,785.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | PYOD LLC, assignee of Citibank | $904.88 | $0.00 | $255.20 |
| 2 | State Farm Bank | $2,313.57 | $0.00 | $652.48 |
| 3 | American Express Centurion Bank | $1,278.89 | $0.00 | $360.67 |
| 4 | GE Money Bank dba GE MONEY MASTERCARD | $5,989.77 | $0.00 | $1,689.24 |
| 5 | PYOD LLC, assignee of Citibank | $7,406.07 | $0.00 | $2,088.67 |
| 6 | Chase Bank USA NA | $4,892.68 | $0.00 | $1,379.84 |

|  | Total to be paid to timely general unsecured claims: | $6,426.10 |
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Horace Fox, Jr.
       Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: csimmons               Page 1 of 1                   Date Rcvd: Jan 06, 2011
Case: 09-44845                Form ID: pdf006              Total Noticed: 22

The following entities were noticed by first class mail on Jan 08, 2011.
db/jdb        +Raymond W Cowe,    Jacqueline A Cowe,    7235 W 114th Pl,    Worth, IL 60482-1726
aty           +Ryan M Callahan,    Legal Helpers,    233 S. Wacker Dr.,    Suite 5150,    Chicago, IL 60606-6371
14774527      +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
15419502       American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14774528     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
                Norcross, GA 30091)
14774529       Chase,    Bank One Card Serv,    Westerville, OH 43081
15723890       Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
14774530      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14774531      +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
14774532      +Fashion Bug soanb,    Attn: Bankruptcy,    6356 Corley Rd,    Norcross, GA 30071-1704
14774535       Gemb ge Money,    200 W 14th St Suite 150,    Tempe, AZ 85281
14774536      +Hawthorne Village,    9210 N Maryland St,    Niles, IL 60714-1391
14774537      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
14774538      +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 6985,    Bridge Water, NJ 08807-0985
15372719      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
15373603       State Farm Bank,    POB 3001,    Malvern, PA 19355-0701
14774540      +State Farm Financial S,    Attn: BCC-DTB5,    112 E Washington St,    Bloomington, IL 61701-1001
14774541      +Wfnnb/woman/within,    Po Box 182273,    Columbus, OH 43218-2273

The following entities were noticed by electronic transmission on Jan 06, 2011.
tr            +E-mail/Text: HFOX@LEHMANFOX.COM                                Horace Fox, JR,   Lehman & Fox,
               6 E Monroe St,    Chicago, IL 60603-2704
15623703      +E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2011 02:10:50
               GE Money Bank dba GE MONEY MASTERCARD,    Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14774534      +E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2011 02:10:50     GEMB HH Gregg,
               Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
14774533      +E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2011 02:10:49     Ge Capital Credit Card,
               Attn: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14774539       Park Federal Savings B
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2011**                **Signature:** _/s/ Joseph Speetjens_