**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-44845 |
| | § | |
| RAYMOND W COWE | § | |
| JACQUELINE A COWE | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $197,922.00 | Assets Exempt: | $46,947.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $6,426.86 | Claims Discharged Without Payment: | $51,191.00 |
| Total Expenses of Administration: | $1,547.35 | | |

3) Total gross receipts of $7,974.21 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $7,974.21 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $156,378.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,547.35 | $1,547.35 | $1,547.35 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $57,388.00 | $22,785.86 | $22,785.86 | $6,426.86 |
| **Total Disbursements** | $213,766.00 | $24,333.21 | $24,333.21 | $7,974.21 |

4). This case was originally filed under chapter 7 on 11/25/2009. The case was pending for 21 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/18/2011     By: /s/ Horace Fox, Jr.
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Life insurance policy - cash surrender value | 1129-000 | $7,971.00 |
| Interest Earned | 1270-000 | $3.21 |
| **TOTAL GROSS RECEIPTS** | | **$7,974.21** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Park Federal Savings B | 4110-000 | $156,378.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$156,378.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Trustee | 2100-000 | NA | $1,547.35 | $1,547.35 | $1,547.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,547.35 | $1,547.35 | $1,547.35 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC, assignee of Citibank | 7100-000 | $848.00 | $904.88 | $904.88 | $255.23 |
| 2 | State Farm Bank | 7100-000 | $2,260.00 | $2,313.57 | $2,313.57 | $652.55 |
| 3 | American Express Centurion Bank | 7100-000 | $1,278.00 | $1,278.89 | $1,278.89 | $360.72 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | GE Money Bank dba GE MONEY MASTERCARD | 7100-000 | $5,989.00 | $5,989.77 | $5,989.77 | $1,689.44 |
| 5 | PYOD LLC, assignee of Citibank | 7100-000 | $7,328.00 | $7,406.07 | $7,406.07 | $2,088.92 |
| 6 | Chase Bank USA NA | 7100-000 | $4,853.00 | $4,892.68 | $4,892.68 | $1,380.00 |
| | Capital 1 Bank | 7100-000 | $13,454.00 | NA | NA | $0.00 |
| | Capital 1 Bank | 7100-000 | $8,837.00 | NA | NA | $0.00 |
| | Fashion Bug/soanb | 7100-000 | $41.00 | NA | NA | $0.00 |
| | Ge Capital Credit Card | 7100-000 | $0.00 | NA | NA | $0.00 |
| | GEMB / HH Gregg | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Hawthorne Village | 7100-000 | $66.00 | NA | NA | $0.00 |
| | Hsbc Bank | 7100-000 | $11,079.00 | NA | NA | $0.00 |
| | Hsbc Best Buy | 7100-000 | $1,355.00 | NA | NA | $0.00 |
| | Wfnnb/woman/within | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $57,388.00 | $22,785.86 | $22,785.86 | $6,426.86 |

**UST Form 101-7-TDR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 09-44845 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | COWE, RAYMOND W AND COWE, JACQUELINE A | Date Filed (f) or Converted (c): | 11/25/2009 (f) |
| For the Period Ending: | 8/18/2011 | §341(a) Meeting Date: | 01/05/2010 |
| | | Claims Bar Date: | 06/28/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real Estate located at 7235 W 114th Pl, Worth IL 60482 | $189,000.00 | $2,622.00 | DA | $0.00 | FA |
| 2 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Checking account with Prospect Federal Savings | $20.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | amended 3.3.10 to exempt 20.00 | | | | | |
| 4 | Checking account with Prospect Federal Savings | $20.00 | $0.00 | DA | $0.00 | FA |
| 5 | Savings account with Prospect Federal Savings | $2,000.00 | $0.00 | DA | $0.00 | FA |
| 6 | Miscellaneous used household goods | $500.00 | $0.00 | DA | $0.00 | FA |
| 7 | Personal used clothing | $300.00 | $0.00 | DA | $0.00 | FA |
| 8 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Life insurance policy - cash surrender value | $13,431.00 | $7,971.00 | | $7,971.00 | FA |
| 10 | 401k through employer | $3,847.00 | $0.00 | DA | $0.00 | FA |
| 11 | 2008 Tax Refund - $0.00 | $0.00 | $0.00 | DA | $0.00 | FA |
| 12 | 2000 Ford Focus - 100,000 miles Value based on Kelley Blue Book | $2,235.00 | $0.00 | DA | $0.00 | FA |
| INT | Interest Earned | (u) | Unknown | Unknown | $3.21 | FA |

**TOTALS (Excluding unknown value)**                                                                                       **Gross Value of Remaining Assets**

$211,353.00    $10,593.00    $7,974.21    $0.00

**Major Activities affecting case closing:**

Asset this case is 13431.00 whole life policy, 5460.00 of which has been exempted, leaving 7971.00 for the estate.

Recieved 7971.00 today as non exempt portionof whole life policy. Claims bar date is 6.28.10. At this point 4500+ in uns non priority claims filed. Amended A-C filed in March 2010.

Consult Lois West re taxable event.

Fully administered. Hire accountant

Final report in Court on 2.2.2011.

**Initial Projected Date Of Final Report (TFR):** 12/30/2010    **Current Projected Date Of Final Report (TFR):** 12/30/2010    /s/ HORACE FOX, JR.

HORACE FOX, JR.

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-44845 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | COWE, RAYMOND W AND COWE, JACQUELINE A | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******5715 | | Checking Acct #: | ******4845 |
| Co-Debtor Taxpayer ID #: | ******5716 | | Account Title: | |
| For Period Beginning: | 11/25/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/18/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/08/2011 | | Transfer From: # ******4845 | Transfer to Close Account | 9999-000 | $7,974.21 | | $7,974.21 |
| 02/08/2011 | 2 | Horace Fox | Trustee Compensation | 2100-000 | | $1,547.35 | $6,426.86 |
| 02/08/2011 | 3 | PYOD LLC, assignee of Citibank | Final Claim #: 1; Dividend: 3.20; Amount Allowed: 904.88; | 7100-000 | | $255.23 | $6,171.63 |
| 02/08/2011 | 4 | State Farm Bank | Final Claim #: 2; Dividend: 8.18; Amount Allowed: 2,313.57; | 7100-000 | | $652.55 | $5,519.08 |
| 02/08/2011 | 5 | American Express Centurion Bank | Final Claim #: 3; Dividend: 4.52; Amount Allowed: 1,278.89; | 7100-000 | | $360.72 | $5,158.36 |
| 02/08/2011 | 6 | GE Money Bank dba GE MONEY MASTERCARD | Final Claim #: 4; Dividend: 21.18; Amount Allowed: 5,989.77; | 7100-000 | | $1,689.44 | $3,468.92 |
| 02/08/2011 | 7 | PYOD LLC, assignee of Citibank | Final Claim #: 5; Dividend: 26.19; Amount Allowed: 7,406.07; | 7100-000 | | $2,088.92 | $1,380.00 |
| 02/08/2011 | 8 | Chase Bank USA NA | Final Claim #: 6; Dividend: 17.30; Amount Allowed: 4,892.68; | 7100-000 | | $1,380.00 | $0.00 |
| | | | **TOTALS:** | | $7,974.21 | $7,974.21 | $0.00 |
| | | | Less: Bank transfers/CDs | | $7,974.21 | $0.00 | |
| | | | Subtotal | | $0.00 | $7,974.21 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $7,974.21 | |

| For the period of 11/25/2009 to 8/18/2011 | | For the entire history of the account between 02/08/2011 to 8/18/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,974.21 | Total Internal/Transfer Receipts: | $7,974.21 |
| | | | |
| Total Compensable Disbursements: | $7,974.21 | Total Compensable Disbursements: | $7,974.21 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,974.21 | Total Comp/Non Comp Disbursements: | $7,974.21 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-44845 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | COWE, RAYMOND W AND COWE, JACQUELINE A | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******5715 | | Money Market Acct #: | ******4845 |
| Co-Debtor Taxpayer ID #: | ******5716 | | Account Title: | |
| For Period Beginning: | 11/25/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/18/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/19/2010 | (9) | Raymond Cowe | non exempt portion of whole life ins policiy | 1129-000 | $7,971.00 | | $7,971.00 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.10 | | $7,971.10 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.34 | | $7,971.44 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.33 | | $7,971.77 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.34 | | $7,972.11 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.34 | | $7,972.45 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.33 | | $7,972.78 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.34 | | $7,973.12 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.33 | | $7,973.45 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.34 | | $7,973.79 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.34 | | $7,974.13 |
| 02/08/2011 | (INT) | STERLING BANK | Account Closing Interest As Of 2/8/2011 | 1270-000 | $0.08 | | $7,974.21 |
| 02/08/2011 | | Transfer To: # ******4845 | Transfer to Close Account | 9999-000 | | $7,974.21 | $0.00 |

| | | |
|---|---|---|
| **TOTALS:** | $7,974.21 | $7,974.21 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $7,974.21 | |
| **Subtotal** | $7,974.21 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $7,974.21 | $0.00 | |

For the period of 11/25/2009 to 8/18/2011

| | |
|---|---|
| Total Compensable Receipts: | $7,974.21 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,974.21 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $7,974.21 |

For the entire history of the account between 04/19/2010 to 8/18/2011

| | |
|---|---|
| Total Compensable Receipts: | $7,974.21 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,974.21 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $7,974.21 |

**FORM 2**

Page No: 3    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 09-44845 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | COWE, RAYMOND W AND COWE, JACQUELINE A | | **Bank Name:** | STERLING BANK |
| **Primary Taxpayer ID #:** | ******5715 | | **Money Market Acct #:** | ******4845 |
| **Co-Debtor Taxpayer ID #:** | ******5716 | | **Account Title:** | |
| **For Period Beginning:** | 11/25/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/18/2011 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $7,974.21 | $7,974.21 | $0.00 |

**For the period of 11/25/2009 to 8/18/2011**

| | |
|---|---|
| Total Compensable Receipts: | $7,974.21 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,974.21 |
| Total Internal/Transfer Receipts: | $7,974.21 |
| | |
| Total Compensable Disbursements: | $7,974.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,974.21 |
| Total Internal/Transfer Disbursements: | $7,974.21 |

**For the entire history of the case between 11/25/2009 to 8/18/2011**

| | |
|---|---|
| Total Compensable Receipts: | $7,974.21 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,974.21 |
| Total Internal/Transfer Receipts: | $7,974.21 |
| | |
| Total Compensable Disbursements: | $7,974.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,974.21 |
| Total Internal/Transfer Disbursements: | $7,974.21 |